UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-23838
Alan and Kathleen Segal,  )
 )  Chapter: 7
 )  Honorable LaShonda Hunt
 )
 )
Debtor(s)  )

**Order Extending Deadline to Object to Exemptions**

    This matter came on the motion of Deborah K. Ebner, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Alan and Kathleen Segal (the "Debtors") to extend time to object to the Debtors' exemptions (the "Motion"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises, IT IS HEREBY ORDERED THAT:

  1. The Motion is granted as provided herein; and

  2. The deadline for objecting to the Debtors' exemptions is extended through and including February 7, 2020.

Enter:  *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  November 14, 2019

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com